IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

VS.                            CASE NO. 2:21-MJ-02003-MEF-1

BILLY JOE TAYLOR                                                                              DEFENDANT

## ORDER

Now before the Court are the Motions to Withdraw (ECF Nos. 20, 21) filed on July 12, 2021, by Robert N. Nicholson and Erin Ferber, of Nicholson & Eastin, LLP, and the Notices of Appearance (ECF Nos. 18, 19) of Joshua Sabert Lowther and Katryna Lyn Spearman, of Lowther Walker, LLC.

The Court finds that the Motions to Withdraw (ECF Nos. 20, 21) should be, and they hereby are, **GRANTED**. Accordingly, Robert N. Nicholson and Erin Ferber, of Nicholson & Eastin, LLP, are permitted to withdraw as counsel for the Defendant, and they are relieved of further responsibilities in representing Defendant in this case.

It is further **ORDERED** that Joshua Sabert Lowther and Katryna Lyn Spearman, of Lowther Walker, LLC, 101 Marietta Street, NW, Suite 3325, Atlanta, GA 30303, (404) 496-4052, are substituted as counsel of record for the Defendant in this matter. Mr. Lowther and Ms. Spearman are directed to file a Motion for Admission Pro Hac Vice, pursuant to Local Rule 83.5(d), with 10 days of this Order.

IT IS SO ORDERED this 14th day of July 2021.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE